UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO.  3:10CR222(EBB) |
| | : | |
| ROBERT PONTE | : | |

ORDER RE APPOINTMENT OF CJA COUNSEL

On May 31, 2007 the Court appointed Jodi Zils Gagne as CJA counsel for the defendant, Robert Ponte.  Counsel has now moved to appoint additional counsel to assist her in this complex case.  Because the Court finds that this is a difficult case in which it is necessary and in the interest of justice to appoint an additional attorney, the motion [doc. # 165] is GRANTED.

The Court appoints attorney Charles Wilson to serve in addition to attorney Zils Gagne.

Both counsel shall contact Jerry Trtz, CJA Case-Budgeting Attorney for the Second Circuit and formulate a case budget.

/s/_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

SO ORDERED this 12th day of June, 2012 at New Haven, Connecticut